In the Matter of the Determination by the Commission of Gas and Electricity Fixing Rates for Gas and Electricity in the City of Syracuse. — Application for

stay granted upon furnishing adequate security. Order to be settled on two days' notice. All concurred; McLennan, P. J., not sitting.

The Auburn Telephone Company, Respondent, v. Eliza W. Osborne, Appellant.—Motion denied, without costs, with leave to renew after the determination by the Court of Appeals in *Osborne v. Auburn Telephone Company* (not yet reported.)